| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Brody, Anita B | 2. Court or Organization United States District Court | 3. Date of Report 7/19/2005 |

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge

**5. Report Type** (check appropriate type)

○ Nomination, Date 11/22/1991.

○ Initial    ● Annual    ○ Final

**6. Reporting Period**

1/1/2004
to
12/31/2004

**7. Chambers or Office Address**

United States Courthouse

Independence Mall West

Philadelphia, PA 19106

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Visitors, Columbia Law School |
| 2. Trustee | ████ Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUL 21 A 10: 53 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Commonwealth of Pennsylvania-pension | 30,691 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | TIAA-CREFF Pension Distribution |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Capital Southwest-common stock | B | Dividend | M | T | | | | | |
| 3. - Danielson Holding-common stock | | None | K | T | Part Sale | 5/11 | K | E | |
| 4. - Dupont-common stock | B | Dividend | L | T | | | | | |
| 5. - NABORS-common stock | | None | M | T | Part Sale | 5/11 | K | C | |
| 6. - National Asset Bank-common stock | | None | J | W | | | | | |
| 7. - Palm Harbor-common stock | | None | | | Sell | 3/30 | K | D | |
| 8. - Royal Palm-common stock | A | Dividend | J | T | | | | | |
| 9. - Source Capital-common stock | C | Dividend | L | T | | | | | |
| 10. - Third Avenue Value Fund | E | Dividend | P1 | T | | | | | |
| 11. - Third Avenue Small Capital Fund-mutual fund | A | Dividend | M | T | | | | | |
| 12. - Third Avenue Real Estate Fund-mutual fund | B | Dividend | M | T | | | | | |
| 13. - Falcon Financial Investment | A | Dividend | J | T | Buy | 2/13 | J | | |
| 14. - Third Avenue Intl Value FD | A | Dividend | L | T | Buy | 5/12 | L | | |
| 15. - Butler County PA - Bond | A | Interest | K | T | Buy | 3/30 | K | | |
| 16. Brokerage Account #2 | | | | | | | | | |
| 17. - AMR Corp-common stock | | None | | | Sell | 12/20 | J | | |
| 18. - Bedford Properties-common stock | | None | | | Sell | 12/20 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Citicorp- common stock | A | Dividend | J | T | | | | | |
| 20. - Dean Witter Liquid Asset-mutual fund | A | Interest | K | T | | | | | |
| 21. - Dow Chemical - Common stock | A | Dividend | K | T | | | | | |
| 22. - DPL - common stock | A | Dividend | K | T | | | | | |
| 23. - General Dynamics- common stock | A | Dividend | J | T | | | | | |
| 24. - Greenwood Trust -CD | A | Interest | | | | | | | |
| 25. - McDonalds- common stock | A | Dividend | J | T | | | | | |
| 26. - Pepsico- common stock | A | Dividend | J | T | | | | | |
| 27. - Discover Bank - cd | C | Interest | L | T | | | | | |
| 28. - Amcore - cd | A | Interest | K | T | | | | | |
| 29. - Littlestown - Municipal Bond | B | Interest | K | T | | | | | |
| 30. - Lancaster PA Area Sch Distrist Bond | A | Interest | K | T | | | | | |
| 31. - Fed Home Loan Bk Bond | B | Interest | K | T | | | | | |
| 32. - Franklin RSD | A | Interest | K | T | | | | | |
| 33. Bank Accounts | | | | | | | | | |
| 34. Wachovia - bank accounts | A | Interest | K | T | | | | | |
| 35. Dime Savings-bank account | A | Interest | J | T | | | | | |
| 36. IRA #1 | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Greenwood Trust-cd | | | | | | | | | |
| 38. - Bristol Myers Squid- common stock | | | | | | | | | |
| 39. - Capital One-cd | | | | | Part Sale | 10/12 | J | | |
| 40. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 41. - Fireside Thrift - cd | | | | | Sell | 3/26 | J | | |
| 42. - FPL-common stock | | | | | | | | | |
| 43. - Keycorp-common stock | | | | | | | | | |
| 44. - Kimberly Clark - common stock | | | | | Sell | 8/31 | J | B | |
| 45. - McDonalds - common stock | | | | | | | | | |
| 46. - Limited Duration Fund (was tcw/dw N Am Gov Tr)-(mutfund) | | | | | | | | | |
| 47. - Equity Residential-common stock | | | | | | | | | |
| 48. - H & R Block - common stock | | | | | | | | | |
| 49. - Walt Disney- common stock | | | | | | | | | |
| 50. - Conseco - cd | | | | | | | | | |
| 51. - Lehman Brothers Bank FSB CD | | | | | | | | | |
| 52. - Citgiroup Inc - common stock | | | | | Buy | 5/21 | K | | |
| 53. - Federal Home Loan Mtg Corp Med Term Note | | | | | Buy | 9/22 | K | | |
| 54. IRA #2 | E | Dividend | O | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - AIM Weingarten-mutual fund | | | | | | | | | |
| 56. - AOL Time Warner | | | | | | | | | |
| 57. - Citigroup-common stock | | | | | | | | | |
| 58. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 59. - DPL | | | | | | | | | |
| 60. - Federal Realty Inv Trust- common stock | | | | | | | | | |
| 61. - Home Depot-common stock | | | | | | | | | |
| 62. - Harley Davidson - common stock | | | | | Sell | 4/13 | J | B | |
| 63. - GNMA pool-bond | | | | | Sell | 1/15 | J | | |
| 64. - IBM - common stock | | | | | | | | | |
| 65. - Intel-common stock | | | | | | | | | |
| 66. - Johnson and Johnson - common stock | | | | | | | | | |
| 67. - Magna International-common stock | | | | | | | | | |
| 68. - Summit Properties-common stock | | | | | | | | | |
| 69. - Motorola-common stock | | | | | | | | | |
| 70. - Public Service Enterprises-common stock | | | | | | | | | |
| 71. - First USA Bank-cd | | | | | | | | | |
| 72. - Ameren(formerly Union Electric)-common stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - US Treasury-bond | | | | | | | | | |
| 74. - UTD Dominion Realty Trust-common stock | | | | | | | | | |
| 75. - Black and Decker- common stock | | | | | Part Sale | 1/20 | J | A | |
| 76. | | | | | Sell | 3/25 | J | A | |
| 77. - Discover Bank - cd- | | | | | | | | | |
| 78. - International Lease Finance Corp Bond | | | | | | | | | |
| 79. - Federal Home LN BK Bond | | | | | | | | | |
| 80. - 1st Signature Co | | | | | | | | | |
| 81. - MBIA | | | | | | | | | |
| 82. - Anheuser Bush Cos Inc | | | | | Buy | 2/5 | J | | |
| 83. - Freescale Semiconductor (X) | | | | | | | | | |
| 84. - Citigroup Inc Bond | | | | | Buy | 7/1 | K | | |
| 85. TIAA-CREF-retirement(s) | | | P1 | T | | | | | |
| 86. TIAA Retirement | | | L | T | | | | | |
| 87. Manulife (formerly John Hancock Life) | A | Interest | J | T | | | | | |
| 88. Estate #1-̶̶̶̶̶estate | A | Dividend | | | | | | | |
| 89. - AT & T, com st | | | | | Sell | 6/22 | J | | |
| 90. - Agere, estate asset,com st | | | | | Part Sale | 1/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Sell | 6/22 | J | | |
| 92. – Alltel, com st | | | | | Sell | 6/22 | K | | |
| 93. – Ameren, com st | | | | | Sell | 6/22 | K | B | |
| 94. – American Electric Power, com st | | | | | Sell | 6/21 | K | | |
| 95. – A T & T Wireless Services com st | | | | | Sell | 6/22 | J | A | |
| 96. – Avaya, com st | | | | | Sell | 6/22 | J | A | |
| 97. – Bellsouth, com st | | | | | Sell | 6/22 | K | | |
| 98. – BP PLC ADS, com st | | | | | Sell | 6/22 | K | B | |
| 99. – Bristol Myers Squibb, com st | | | | | Sell | 6/22 | J | | |
| 100. – Comcast com st | | | | | Sell | 6/22 | K | C | |
| 101. – Conocophillipscom st | | | | | Sell | 6/22 | J | A | |
| 102. – Corn Products, com st | | | | | Sell | 6/22 | J | B | |
| 103. – Delphi, com st | | | | | Sell | 6/22 | J | | |
| 104. – DNP Select Income, com st | | | | | Sell | 6/22 | K | | |
| 105. – Eastman Chemical, com st | | | | | Sell | 6/22 | J | A | |
| 106. – Eastman Kodak, com st | | | | | Sell | 6/22 | J | | |
| 107. – Exelon, com st | | | | | Sell | 6/22 | J | B | |
| 108. – Exxon Mobil, com st | | | | | Sell | 6/22 | M | E | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Firstenergy, com st | | | | | Sell | 6/22 | J | B | |
| 110. - General Electric, com st | | | | | Sell | 6/22 | J | | |
| 111. - JP Morgan Chase, com st | | | | | Sell | 6/22 | L | B | |
| 112. - May Department Stores, com st | | | | | Sell | 6/22 | K | | |
| 113. - Merck, com st | | | | | Sell | 6/22 | J | | |
| 114. - Motorola, com st | | | | | Sell | 6/22 | J | A | |
| 115. - Nuveen Municipal Value Fund, com st | | | | | Sell | 6/22 | K | | |
| 116. - Nuveen Penn. Preminc Muni Fund, com st | | | | | Sell | 6/16 | J | | |
| 117. - Payless Shoesource, com st | | | | | Sell | 6/22 | J | | |
| 118. - Pepco Holdgs, com st | | | | | Sell | 6/21 | J | | |
| 119. - Public Service Enterprisecom st | | | | | Sell | 6/21 | J | | |
| 120. - Puget Energy, com st | | | | | Sell | 6/22 | J | | |
| 121. - SBC Communications, com st | | | | | Sell | 6/22 | L | | |
| 122. - Scottish Power, com st | | | | | Sell | 6/21 | J | B | |
| 123. - UIL Holdgs, com st | | | | | Sell | 6/21 | J | | |
| 124. - Verizon Communications, com st | | | | | Sell | 6/22 | L | | |
| 125. - Vodafone Gp Plc Ad, com st | | | | | Sell | 6/22 | K | C | |
| 126. - Walt Disney, com st | | | | | Sell | 6/22 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller (if<br>private<br>transaction) |
| 127. - Wells Fargo, com st | | | | | Sell | 6/22 | J | C | |
| 128. - Westar Energy, com st | | | | | Sell | 6/21 | J | A | |
| 129. - Wyeth, com st | | | | | Sell | 6/22 | M | | |
| 130. - Xcel Energy, com st | | | | | Sell | 6/21 | J | | |
| 131. - Merrill Lynch Preferred Cap Tr IV | | | | | Sell | 6/16 | K | A | |
| 132. - Souce Cap pfd | | | | | Sell | 6/16 | J | A | |
| 133. - Ohio PWR Quibs, corporate bond | | | | | Sell | 3/1 | K | | |
| 134. - PG & E Quid, fixed rate capital security | | | | | Sell | 4/12 | K | D | |
| 135. - Bear Stearns, fixed rate capital security | | | | | Sell | 6/16 | J | A | |
| 136. - Delta Air, fixed rate capital secuirty | | | | | Sell | 6/16 | J | | |
| 137. - US Treas, treasury security | | | | | Sell | 5/13 | J | | |
| 138. - Tenn Valley Auth, federal agency security | | | | | Sell | 6/16 | K | | |
| 139. - Heritage Bank of Commerce San Jose Calif, cert of deposit | | | | | Sell | 5/25 | J | | |
| 140. Japan Fund - mutual fund | A | Dividend | K | T | | | | | |
| 141. Brokerage Account #3 | | | | | | | | | |
| 142. - Active Assets Money Trust | A | Dividend | J | T | | | | | |
| 143. - American Express Co | | None | L | T | | | | | |
| 144. - Pittsburgh PA Urban Redev Auth Mtg Rev Ser - Bond | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 7/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Discover Bank - CD | A | Interest | J | T | | | | | |
| 146. - Providian National Bank - CD | A | Interest | J | T | | | | | |
| 147. ██████Trust #1 | D | Dividend | O | T | | | | | |
| 148. - Reserve Fund Primary Portfolio | | | | | Buy | 7/6 | O | | |
| 149. - Third Avenue Small Cap Value Fund | | | | | Buy | 7/7 | L | | |
| 150. - Third Avenue Real Estate Value Fund | | | | | Buy | 7/7 | L | | |
| 151. - Third Avenue Intl Value Fund | | | | | Buy | 7/7 | L | | |
| 152. - Third Avenue Value Fund Inc | | | | | Buy | 7/7 | N | | |
| 153. - State Pub Sch Bldg Auth PA Sch | | | | | Buy | 7/7 | M | | |
| 154. - Philadelphia PA G/O | | | | | Buy | 7/7 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brody,  Anita B | 7/19/2005 |

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1)  Assets reported in Part VII, pages 6-9, lines 96, 141, 152, 153, of previous report were transferred and now reported in Brockerage Account #3.

2)  Asset reported in Part VII, page 1, line 11, of previous report, has declined below reporting requirements.

3)  ▓▓▓▓ Trust #1 was funded by the sale of assets in Estate #1.

1)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brody, Anita B | 7/19/2005 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date___7/20/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544